**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1845-18T3

ZEENA PAUL,

     Plaintiff-Appellant,

v.

BIJOY K. PAUL,

     Defendant-Respondent.

_____

Submitted November 18, 2019 – Decided December 3, 2019

Before Judges Rothstadt and Mitterhoff.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Monmouth County, Docket No. FM-13-0890-12.

The Law Office of Rajeh A. Saadeh, LLC, attorneys for appellant (Rajeh A. Saadeh and Stilianos Michael Cambilis, on the briefs).

Law Office of Edward Fradkin, LLC, attorneys for respondent (Edward Peter Fradkin, of counsel and on the brief).

PER CURIAM

The matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION